**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE**

*In Re:*

| | |
|---|---|
| **DAVID A. LUFKIN,** ) | |
| **a/k/a DAVID A. LUFKIN, ATTORNEY** ) | |
| ) | |
| **Debtor,** ) | |
| ) | |
| v. ) | No. 3:08-CV-393 |
| ) | (Phillips) |
| **WILLIAM T. HENDON, TRUSTEE** ) | |
| ) | |
| **Plaintiff/Appellee,** ) | |
| ) | |
| v. ) | |
| ) | |
| **DAVID A. LUFKIN** ) | |
| ) | |
| **Defendant/Appellant.** ) | |

## ORDER

As stated in the Memorandum Opinion filed contemporaneously herewith, the July 17, 2008 Order of the Bankruptcy Court, filed on September 26, 2008 [Doc. 97] is **AFFIRMED** upon the reasoning employed by that Court in its "Memorandum on Plaintiff's Motion For Partial Summary Judgment" [Doc. 96], and in its "Memorandum and Order on Motion to Reconsider" [Doc. 105] that accompanied the challenged Order. Accordingly, this appeal is **DISMISSED.**

**ENTER:**

      s/ Thomas W. Phillips
     United States District Judge